IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, | * |
| Plaintiff, | * |
| v. | Case No. 7:19-CV-87(HL) |
| | * |
| COOK COUNTY LAND VENTURES, LLC, | |
| BUSH FAMILY PROPERTIES, LLC, | * |
| WILLIAM H. BUSH, and ELDEN HOLMES, | |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 25, 2021 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff. Plaintiff shall also recover costs of this action.

This 25th day of August, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk